**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Zafar Sheikh | ) | |
| | ) | Case No.  24 C 658 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Bashir Chaudry, et al., | ) | |

## ORDER

     Subsequent to the entry of the Court's most recent minute entry [11], an amended jurisdictional statement [12] was docketed.  A postmark on the document indicates that it was submitted prior to the court's most recent minute entry [11], and the document appears to be nearly identical to plaintiff's prior amended jurisdictional statement [8].  The document does not address the concerns with respect to the citizenship of defendant Qadir's LLC that are the subject of the court's most recent minute entry [11].  For this reason, the court's previous minute entry [11] stands.  Plaintiff should file the revised jurisdictional statement called for by the court's previous minute entry [11] by 3/11/24.

Date:  March 4, 2024                 <u>/s/ Martha M. Pacold</u>