# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zafar Sheikh

                    Plaintiff,

v.                                              Case No.: 1:24–cv–00658
                                                    Honorable Martha M. Pacold

Bashir Chaudry, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 6, 2024:

    MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's amended jurisdictional statement [14] addresses the court's show–cause orders [7], [11], [13]. Plaintiff need not file an additional jurisdictional statement at this time. By 4/5/24, plaintiff, along with any defendants who have appeared by that time, should file a status report with an update on the status of this case. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.