BC

AO 440 (Rev. 05/00) Summons in a Civil Action

FILED
4/2/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JCM

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zafar Sheikh

V.

Bashir Chaudry, Bushra Naseer, Mahin Chaudry
Ali Chaudry, Rabia Chaudry, Nusrat Chaudry,
Yakub Chaus, Soufian Abdelkader, 75th St.,
Building Inc., Junaid Ahmed, et al.,

CASE NUMBER: 1:24-cv-00658

ASSIGNED JUDGE: Martha M. Pacold

DESIGNATED
MAGISTRATE JUDGE: Sunil Harjani

TO: (Name and address of Defendant)

Congress & Pulaski Real Estate, LLC
Att: Attorney Anthony Zac
300 North Martingale Road
Suite 750
Schaumburg. IL. 60173

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street
Austin. TX. 78723.

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



January 31, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/12/24 |
| NAME OF SERVER (PRINT) Conor Barker | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 300 N. Martingale Road, #750, Schaumburg, IL 60173

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Junaid Ahmed as registered agent of Congress & Pulaski Realestate LLC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $50.— | $50.— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/12/24
Date

Signature of Server

2114 W. Rice St #2 Chicago, IL 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.