

AO 440 (Rev. 05/00) Summons in a Civil Action




# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Zafar Sheikh

V.

Chaudry Bashir, Bushra Naseer, Ali Chaudry, Rabia Chaudry, South Chicago One Inc., Amjad Chaudry, Rabia Chaudry et al.,

CASE NUMBER: 1:cv-24-00658

ASSIGNED JUDGE: Judge Martha Pacold

DESIGNATED MAGISTRATE JUDGE: Sunil Harjani

TO: (Name and address of Defendant)

Nusrat Chaudry
1760 Braynore Drive
Inverness. IL. 60010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street
Austin. TX. 78723.

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Madish Peck* (signature)



February 26, 2024

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/12/2024 |
| NAME OF SERVER *(PRINT)* Conor Barker | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Indian/Pakistani male in 20s. gave his name as Chaudhry

☐ Returned unexecuted: _____

☑ Other (specify): Served at: 1760 Braymore drive, Inverness, IL 60010

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $50.— | $50.— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/24
  Date      Signature of Server

2114 W. RICE ST #2 CHICAGO, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.