**BC**

AO 440  (Rev. 05/00) Summons in a Civil Action




**FILED** JCM

4/2/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Zafar Sheikh

|  |  |
|---|---|
| V. | CASE NUMBER: 1:24-cv-00658 |
|  | ASSIGNED JUDGE: Marth M. Pacold |
| Shamaila Rafiq, Bashir Chaudry, Bushra Naseer, Ali Chaudry, Rabia Chaudry, Ambreen Qadir, Mahin Chaudry, et al | DESIGNATED MAGISTRATE JUDGE: Sunil Harjani |

TO: (Name and address of Defendant)

Shamaila Rafiq
Arthur C. Czaja
Attorney at Law
7521 N. Milwaukee Avenue
Niles, Illinois 60714

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zafar Sheikh
4619 Herzog Street
Austin. TX. 78723.
zafarsheikh313@aol.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Madison Peck*

(By) DEPUTY CLERK



February 7, 2024

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3/12/24. |
| NAME OF SERVER *(PRINT)*  Conor Barker | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Shamaila Rafiq
510 Mark LN., Downers Grove. IL. 60516.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $50.— | $50.— |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/24
Date

_____
Signature of Server

2114 W. RICE ST #2 CHICAGO, IL 60622
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.