**FILED** KSR

4/3/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## <u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| Zafar Sheikh | ) | |
|     Plaintiff | ) | |
| vs. | ) | Case No. 1:24-cv-00658 |
| Bashir Chaudry, Bushra Naseer, Junaid | ) | |
| Ahmad, Ali Chaudry, Rabia Chaudry, | ) | Hon. Judge Martha Pacold |
| Yakub Chaus dba Yakub Chaus & Co., | ) | |
| Shamaila Rafiq, Amjad Chaudry | ) | |
| Syed Jahantab, South Chicago One Inc. | ) | |
| BCA Investments Inc., Congress & Pulaski | ) | |
| Real Estate LLC., Nusrat Chaudry, Qadir's | ) | |
| LLC, Zahdan Ahmed & his designated entity | ) | |
| John Doe | ) | |

## <u>STATUS  REPORT</u>

NOW COMES THE PLAINTIFF Zafar Sheikh and files this Status Report as ordered by the Court. None of the defendants who have  been served has either filed an appearance or otherwise responded to the Complaint. The Status of service on the defendants is as follows:

1- Defendant Bashir Chaudry was served on 3/4/2024.

2- Defendant Bushra Naseer was served on 3/4/2024.

3- Defendant Rabia Chaudry was served on 3/4/2024.

4- Defendant Ali Chaudry was served on 3/4/2024.

5- Defendant Amjad Chaudry was served on 2/29/2024.

6- Defendant Qadir's LLC was served on 3/4/2024. Illinois Secretary of State is also being served for Qadir's LLC.

7- Nusrat Chaudry was served on 3/12/2024

8- Congress & Pulaski Real Estate LLC was served on 3/12/2024

9- Shamaila Rafiq was served on 3/12/2024.

10- BCA Investments Inc., was served on 3/4/2024.

11- South Chicago One Inc., was served on 3/4/2024.

12- Defendant Zahdan Ahmed has not been served. Attempts to serve him are being made.

13- Defendant Junaid Ahmed was served via service on his attorney Zac, who failed to acknowledge service. Additional attempts to serve Junaid Ahmed are being made.

14- The Limited Liability Company Congress & Pulaski Real Estate LLC was served on 3/12/2024. Apart from that the Illinois Secretary of State is also being served for the said LLC.

15- No defendant as of this date has filed appearance or otherwise answered or pled.

16- Eight of the defendants, who had failed to file appearance after 21 days of being served, were sent a Notice to appear, answer or plead to the Complaint or be subjected to default. The Notice to the defendants to answer or respond to the Complaint was also filed with the Court on 3/26/2024.

17- Affidavits of Service on individual defendants or legal entities who have been served has been filed with the Court as of 4/2/2024.

18- Plaintiff Sheikh says nothing more.

*/ S / Zafar Sheikh*
Zafar Sheikh/Plaintiff
4619 Herzog Street
Austin. TX. 78723.
Zafarsheikh313@aol.com
(847) 414-9670

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

<u>**EASTERN DIVISION**</u>

| | | |
|---|---|---|
| **Zafar Sheikh** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:24-cv-00658** |
| | ) | |
| **Bashir Chaudry, Bushra Naseer, Junaid** | ) | |
| | ) | |
| **Ahmad, Ali Chaudry, Rabia Chaudry,** | ) | **Hon. Judge Martha Pacold** |
| | ) | |
| **Yakub Chaus dba Yakub Chaus & Co.,** | ) | |
| | ) | |
| **Shamaila Rafiq, Amjad Chaudry** | ) | |
| | ) | |
| **Syed Jahantab, South Chicago One Inc.** | ) | |
| | ) | |
| **BCA Investments Inc., Congress & Pulaski** | ) | |
| | ) | |
| **Real Estate LLC., Nusrat Chaudry, Qadir's** | ) | |
| | ) | |
| **LLC, Zahdan Ahmed & his designated entity** | ) | |

<u>**NOTICE OF FILING**</u>

I, Zafar Sheikh, Plaintiff in this Cause do hereby file this Status Report on the 3rd of

April, 2024.


<u>/ S / Zafar Sheikh</u>
Zafar Sheikh/Plaintiff
4619 Herzog Street,
Austin. TX. 78723.
(847) 414-9670
Zafarsheikh313@aol.com