Case: 1:24-cv-00658 Document #: 33 Filed: 04/03/24 Page 1 of 3 PageID #:372

FILED
4/3/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KSR

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Zafar Sheikh** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 1:24-cv-00658 |
| | ) | |
| Bashir Chaudry, Bushra Naseer, Junaid | ) | |
| | ) | |
| Ahmad, Ali Chaudry, Rabia Chaudry, | ) | Hon. Judge Martha Pacold |
| | ) | |
| Yakub Chaus dba Yakub Chaus & Co., | ) | |
| | ) | |
| Shamaila Rafiq, Amjad Chaudry | ) | |
| | ) | |
| Syed Jahantab, South Chicago One Inc. | ) | |
| | ) | |
| BCA Investments Inc., Congress & Pulaski | ) | |
| | ) | |
| Real Estate LLC., Nusrat Chaudry, Qadir's | ) | |
| | ) | |
| LLC, Zahdan Ahmed & his designated entity | ) | |
| | ) | |
| John Doe | ) | |

**STATUS REPORT**

NOW COMES THE PLAINTIFF Zafar Sheikh and updates his Status Report as to service on defendants. One defendant Hasan Safiuddin has not been served as yet. Numerous attempts were made by the process server to serve Mr. Safiuddin at his place of abode, but residents, who are presumed to be inside, fail to answer the door.

1

*/ S / Zafar Sheikh*
Zafar Sheikh/Plaintiff
4619 Herzog Street
Austin. TX. 78723.
Zafarsheikh313@aol.com
(847) 414-9670

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

<u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| **Zafar Sheikh** | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | Case No. 1:24-cv-00658 |
| **Bashir Chaudry, Bushra Naseer, Junaid** | ) ) | |
| **Ahmad, Ali Chaudry, Rabia Chaudry,** | ) ) | Hon. Judge Martha Pacold |
| **Yakub Chaus dba Yakub Chaus & Co.,** | ) ) | |
| **Shamaila Rafiq, Amjad Chaudry** | ) ) | |
| **Syed Jahantab, South Chicago One Inc.** | ) ) | |
| **BCA Investments Inc., Congress & Pulaski** | ) ) | |
| **Real Estate LLC., Nusrat Chaudry, Qadir's** | ) ) | |
| **LLC, Zahdan Ahmed & his designated entity** | ) | |

<u>**NOTICE OF FILING**</u>

I, Zafar Sheikh, Plaintiff in this Cause do hereby updates his Status Report on the 3rd of

April, 2024.

<u>/ S / Zafar Sheikh</u>
Zafar Sheikh/Plaintiff
4619 Herzog Street,
Austin. TX. 78723.
(847) 414-9670
Zafarsheikh313@aol.com

3