IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZAFAR SHEIKH | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-cv-0658 |
| BASHIR CHAUDRY, et al. | ) Hon. Martha M. Pacold |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO AMENDED COMPLAINT**

Defendants Yakub Chaus and Nusrat Choudhry ("Defendants") by their respective undersigned attorneys, submit this Joint Motion for Extension of Time to Answer or Otherwise Plead. In support of their motion, Defendants state as follows:

1. Plaintiff filed their Amended Complaint on February 2, 2024.

2. Plaintiff asserts that Choudhry was served with the Amended Complaint on March 12, 2024.

3. Per the Federal Rules of Civil Procedure, an answer to the Amended Complaint was due by or before April 12, 2024 by Choudhry.

4. Defendants recently retained undersigned counsel in connection with this matter.

5. Defendants filed their appearances through counsel on April 25, 2024.

6. Defendants are jointly seeking additional time to answer or otherwise plead, by May 17, 2024.

7. The undersigned counsel has contacted Plaintiff seeking to meet and confer and requested a consensual extension, but Plaintiff has not responded as of the filing of this Motion. See Ex. A.

1

8. No other party has appeared or filed an answer in this case. The extension of deadline for Defendants to file their responsive pleadings will not prejudice any party.

WHEREFORE, for the reasons set forth above, Yakub Chaus and Nusrat Choudhry respectfully request the Court grant their Joint Motion for Extension of Time to Answer or Otherwise Plead, and for any further relief the Court deems appropriate.

Respectfully submitted,

**Yakub Chaus and Nusrat Choudhry**

By: */s/ Konstantinos T. Sparagis*
Konstantinos T. Sparagis (6256702)
Law Offices of Konstantine Sparagis, P.C.
900 W Jackson Blvd., Suite 4E
Chicago, IL 60607
(312) 753-6956
Gus@konstantinelaw.com

<u>PROOF OF SERVICE</u>

      I hereby certify that on April 26, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and email. Parties may access this filing through the Court's system.


Zafar Sheikh
4619 Herzog Street
Austin, TX 78723
zafarsheikh313@aol.com

                                                          <u>*/s/ Konstantinos T. Sparagis*</u>