# Konstantine Sparagis

| | |
|---|---|
| **From:** | Konstantine Sparagis |
| **Sent:** | Thursday, April 25, 2024 2:32 PM |
| **To:** | zafar sheikh |
| **Subject:** | 24-658 |
| **Attachments:** | 20240425.Notice of Filing.Appearance.pdf; 20240425.(As Filed).Appearance.Fed.Yakub.pdf; 20240425.(As Filed)(2) - Nusrat Appearance.pdf |

Zafar

See attached notice of filing and appearances for Yakub Chaus and Nusrat Choudhry. I would request 2 weeks to answer or otherwise plead to your complaint. Please advise if this is agreeable to you.

---

## Konstantine Sparagis

Law Offices of Konstantine Sparagis P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
312-753-6956

*If you're a client, the attorney-client privilege protects this email. If you're a lawyer working with us under a joint-defense arrangement, this email is privileged under that arrangement. If you've received this email by mistake, we'd appreciate it if you would reply to let us know, and then delete the email. We don't waive any client's privilege by misdelivered email. Also, we never give tax advice.