# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zafar Sheikh

                    Plaintiff,

v.                                                   Case No.: 1:24–cv–00658
                                                             Honorable Martha M. Pacold

Bashir Chaudry, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 29, 2024:

        MINUTE entry before the Honorable Martha M. Pacold: Defendants Yakub Chaus and Nusrat Choudhry's motion for extension of time to answer or otherwise plead to amended complaint [41] is granted. Defendants Yakub Chaus and Nusrat Choudhry should answer or otherwise response to the complaint by 5/17/24. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.