# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zafar Sheikh

                Plaintiff,

v.                                       Case No.: 1:24–cv–00658

                                              Honorable Martha M. Pacold

Bashir Chaudry, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: The amended motions for extension of time to answer or otherwise plead to plaintiff's amended complaint filed by defendants Junaid Ahmed and Congress & Pulaski Real Estate LLC, [51], [52], are granted. Defendants Junaid Ahmed and Congress & Pulaski Real Estate LLC should answer or otherwise respond to the complaint by 5/17/24. Defendants' earlier–filed motions seeking the same relief, [47], [48], are denied as moot. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.