# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zafar Sheikh

                Plaintiff,

v.                                                   Case No.: 1:24−cv−00658

                                                             Honorable Martha M. Pacold

Bashir Chaudry, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants Amjad Chaudry, Bashir Chaudry, Hasan Ali Chaudry, Rabia Chaudry, Bushra Naseer, South Chicago One Inc., and BCA Investments Inc. did not file a response to the motion for entry of default, [36], and have not otherwise participated in the litigation. The motion for entry of default, [36], is granted as to those defendants. Default is entered against Amjad Chaudry, Bashir Chaudry, Hasan Ali Chaudry, Rabia Chaudry, Bushra Naseer, South Chicago One Inc., and BCA Investments Inc. under Rule 55(a). The motion for entry of default, [36], is denied as to defendant Yakub Chaus. See [41], [43]. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.