FILED
5/20/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| **Zafar Sheikh** | ) | |
| Plaintiff | ) | |
| vs. | ) | Case No. 1:24-cv-00658 |
| **Bashir Chaudry, Bushra Naseer, Junaid Ahmad, Ali Chaudry, Rabia Chaudry,** | ) | Hon. Judge Martha Pacold |
| **Yakub Chaus dba Yakub Chaus & Co.,** | ) | |
| **Shamaila Rafiq, Amjad Chaudry** | ) | |
| **Syed Jahantab, South Chicago One Inc.** | ) | Magistrate Judge Sunil Harjani |
| **BCA Investments Inc., Congress & Pulaski Real Estate LLC., Nusrat Chaudry, Qadir's LLC, Zahdan Ahmed & his designated entity** | ) | |

### APPLICATION TO THE CLERK OF THE DISTRICT COURT TO ENTER CLERK'S DEFAULT

Now Comes the Plaintiff Zafar Sheikh and hereby files this application and respectfully requests the Clerk of the District Court of the Northern District of Illinois to enter Clerk's default under Rule 55 of the FRCP. In support whereof the Plaintiff states as under:

1- That I am a Plaintiff in the underlying case and filed the amended complaint in the Northern District of Illinois in Chicago on the 2nd of February 2024. Complaint seeks to reverse fraudulent transfers made by the Debtors to their family members and associates.

1

2- That I hereby make application pursuant to Federal Rules of Civil Procedure 55(a) to the Clerk of this Court for entry of default as to those defendants who are being identified in Article 3 below:

3-    Shamaila Rafiq         Served on 3/12/2024  (Exhibit A).

      Syed Jahantab          Served on 3/12/2024  (Exhibit B).

      Qadir's LLC            Served on 4/10/2024  (Exhibit C).

The defendants were personally served, with copies of Plaintiff's Summons and Complaint as provided by Rule 4 (1) of Federal Rules of Civil Procedure.

4- Defendants were also reminded and duly warned in a Notice sent to each of the above named defendants that their time to file appearance had passed and were provided an opportunity to properly plead and respond to the Summons and Complaint or risk default. (Exhibit D).

5- Upon Plaintiff's information and belief, the defendants, those who were served in their individual capacity, and those legal entities, which are either an Illinois corporation with their principal place of business in Illinois, as well as the limited liability companies, with their members residing within the State of Illinois are neither infant nor incompetent individual or person requiring special service in accordance with Rule 4 (g) of the Federal Rules of Civil Procedure, and none of the individuals named herein this Application for Clerk's default are serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520.

None of the defendants named herein against whom a Clerk's default is being requested have either answered or otherwise responded formally to the Plaintiff's Summons and

Complaint, and the time to do so, as provided in Rule 12 (a) of the Federal Rules of Civil Procedure, has expired.

Copies of this Application for entering a Clerk's default along with an Affidavit entered under oath by this Plaintiff with all exhibits and attachments showing service on these defendants and seeking entry of Clerk's default, which are being filed herewith, have this date been served upon the defendants by regular mail, postage prepaid.

6- In view of the above, it is respectfully prayed that the Clerk of the District Court of the Northern District of Illinois enter a default against the above named defendants.

*/ S / Zafar Sheikh*
Zafar Sheikh / Plaintiff
4619 Herzog Ct.,
Austin. TX. 78723.
Zafarsheikh313@aol.com
(847) 414-9670