# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zafar Sheikh

                Plaintiff,

v.                                     Case No.: 1:24−cv−00658
                                                      Honorable Martha M. Pacold

Bashir Chaudry, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's application to the clerk of the district court to enter clerk's default, [65], which seeks default under Rule 55(a) against defendants Shamaila Rafiq, Syed Jahantab, and Qadir's LLC. The court has taken the motion under advisement and will consider it unopposed if no defendant appears and objects by 6/4/24. Plaintiff shall serve defendants with a copy of this order and file a certificate of service. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.