# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Zafar Sheikh v. Bashir Chaudry, et al.   Case Number: 24 CV 0658

An appearance is hereby filed by the undersigned as attorney for:
Ali Chaudry, Rabia Chaudry, Amjad Chaudry, Syed Jahantab, BCA Invest., & Qadir LLC

Attorney name (type or print): Dan E. Garbis

Firm: The Garbis Law Firm, LLC

Street address: 7330 N. Cicero Ave.

City/State/Zip: Lincolnwood, IL 60712

Bar ID Number: 6257303
(See item 3 in instructions)

Telephone Number: 847-982-9518

Email Address: dgarbis@garbislawfirm.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 6, 2024

Attorney signature: S/ Dan E. Garbis
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015