UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DVISION

| | | |
|---|---|---|
| Zafar Sheikh, | ) | Case No.: 24−cv−658 |
| | ) | |
| Plaintiff, | ) | Hon. Judge Martha Pacold |
| | ) | |
| v. | ) | |
| | ) | |
| Bashir Chaudry, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO VACATE

NOW COME Defendants, Ali Chaudry, Rabia Chaudry, Amjad Chaudry, Syed Jahantab, BCA Investments Inc., Shamaila Rafiq, South Chicago One, Inc., and Quadir's LLC (collectively "Defendants"), by and through their attorneys, Dan Garbis and The Garbis Law Firm, LLC, and respectfully request, pursuant to Federal Rules of Civil Procedure 55(c) and/or 60(b), that this Court vacate the default entered against Defendants and in favor of Plaintiff, Zafar Sheikh ("Plaintiff") on May 8, 2024. In support of their Motion, Defendants state:

## INTRODUCTION

1. On January 25, 2024, Plaintiff filed a complaint against Defendants seeking damages pursuant to various alleged fraudulent transfers.

2. Most of these Defendants are already parties to litigation in state court actions involving Plaintiff alleging the same claims.

3. Per Plaintiff's filings, Defendants were served with summonses in April of 2024.

4. Unbeknownst to Defendants who are already parties to litigation in state court actions, Plaintiff moved for a default in this matter, even though the parties were awaiting rulings in the state court actions.

1

5.     Defendants seek to vacate the default and adopt the already pending motions to dismiss that have been filed by the other defendants in this matter, namely, Yakub Chaus, Nusrat Choudhry, Janaid Ahmad, and Congress & Pulaski Real Estate LLC.

## LEGAL STANDARD

6.     Federal Rule of Civil Procedure 55 governs defaults in federal court while Rule 60 governs final judgments in federal court.  Pursuant to Rule 55(c), "[t]he court may set aside an entry of default for good cause, and it may set aside a final default judgment under Rule 60(b)." Pursuant to Rule 60(b), final judgment orders may be overturned if there is a showing of "mistake, inadvertence, surprise, or excusable neglect".

7.     In order to have a default or default judgment vacated, a defendant must show: "(1) good cause for the default; (2) quick action to correct it; and (3) a meritorious defense to the complaint." Cracco v. Vitran Exp., Inc., 559 F.3d 625, 630 (7th Cir. 2009).  "While the same test applies for motions seeking relief from default judgment under both Rule 55(c) and Rule 60(b), the test 'is more liberally applied in the Rule 55(c) context,'" which is to say before judgment has actually been entered.  Cracco, 559 F.3d at 631 (quoting U.S. v. Di Mucci, 879 F.2d 1488, 1495 (7th Cir. 1989)).  The Seventh Circuit has a "policy of favoring trial on the merits over default judgment." Cracco, 559 F.3d at 631.

## ARGUMENT

8.     In the matter at hand, Defendants were served in this matter, yet were unaware that this federal action was a different action than the one in the state courts.  As such, Defendants were unaware that this Court required that an answer was due by a date certain.

9.     Defendants have meritorious defenses, namely that Plaintiff has alleged fraudulent transfers without the heightened specificity required under the law and that these alleged

2

"fraudulent transfers" either did not involve any funds belonging to Plaintiff or that the transfers were made for proper consideration.

10. Defendants request that any default be vacated and that this matter proceed with a hearing on the motions to dismiss that are currently pending before this Court.

WHEREFORE, Defendants, Ali Chaudry, Rabia Chaudry, Amjad Chaudry, Syed Jahantab, BCA Investments Inc., Shamaila Rafiq, South Chicago One, Inc., and Quadir's LLC, pray that this Honorable Court grant it Motion to Vacate any Defaults, allow Defendants to adopt the current motions to dismiss pending before this Court, and such additional relief this Court deems just.

> Respectfully Submitted,
> Ali Chaudry, Rabia Chaudry, Amjad Chaudry, Syed Jahantab, BCA Investments Inc., Shamaila Rafiq, South Chicago One, Inc., and Quadir's LLC
>
> By: /s/ Dan E. Garbis
> Attorney for Defendants

Dan E. Garbis
The Garbis Law Firm, LLC
7330 North Cicero Avenue
Lincolnwood, Illinois 60712
(847) 982-9518
ARDC No. 6257303
dgarbis@garbislawfirm.com