UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Zafar Sheikh

                Plaintiff,

v.                                    Case No.: 1:24−cv−00658
                                               Honorable Martha M. Pacold

Bashir Chaudry, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 10, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant's request to reset the motion hearing is granted. The telephone hearing on plaintiff's motion to bar Gus Konstantine from dual representations of Defendant Choudhry and Chaus creating serious conflict of interests, [71], is reset to 6/17/2024 at 10:00 a.m. Dial toll−free call−in number: 888−684−8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions deemed necessary by the court. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.