## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Zafar Sheikh

                Plaintiff,

v.                                           Case No.: 1:24–cv–00658

                                                          Honorable Martha M. Pacold

Bashir Chaudry, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2024:

        MINUTE entry before the Honorable Martha M. Pacold: Telephone motion hearing held on 6/17/24. Plaintiff's motion to bar Gus Konstantine from dual representations of defendants Nusrat Choudhry and Yakub Chaus creating serious conflict of interests, [71], is denied for the reasons stated on the record. Defendants, Ali Chaudry, Rabia Chaudry, Amjad Chaudry, Syed Jahantab, BCA Investments Inc., Shamaila Rafiq, South Chicago One, Inc. and Quadir's LLC's motions to vacate the default and to adopt the current motions to dismiss pending before this court [75], [77] are granted. The default entered against these defendants on 5/8/24 [54] is hereby vacated. Defendants, Ali Chaudry, Rabia Chaudry, Amjad Chaudry, Syed Jahantab, BCA Investments Inc., Shamaila Rafiq, South Chicago One, Inc. and Quadir's LLC's adopt the pending motions to dismiss, [58], [60], [61]. Plaintiff's application to the Clerk of the District Court to enter clerk's default, [65], is denied as moot. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.