IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZAFAR SHEIKH | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-cv-0658 |
| | ) |
| | ) Hon. Martha M. Pacold |
| BASHIR CHAUDRY, et al. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on **July 1, 2024** we caused to be filed the attached **Reply in Support of Motion to Dismiss by Yakub Chaus, Yakub Chaus & Co, and Nusrat Choudhry** before the Hon. Martha M. Pacold, in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which has been served on you.

Respectively submitted,

**Yakub Chaus and Nusrat Choudhry**

By: */s/ Konstantinos T. Sparagis*
Konstantinos T. Sparagis (6256702)
Law Offices of Konstantine Sparagis, P.C.
900 W Jackson Blvd., Suite 4E
Chicago, IL 60607
(312) 753-6956
Gus@konstantinelaw.com

## PROOF OF SERVICE

I, Konstantinos T. Sparagis, hereby certify that on July 1, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Zafar Sheikh
4619 Herzog Street
Austin, TX 78723
zafarsheikh313@aol.com

Anthony Zac
Zac Law PC
2700 S River Rd., Ste. 308
Des Plaines, IL 60018
az@azclawpc.com

Dan E. Garbis
The Garbis Law Firm, LLC
7330 North Cicero Avenue
Lincolnwood, Illinois 60712
(847) 982-9518
ARDC No. 6257303
dgarbis@garbislawfirm.com

                                                                            */s/ Konstantinos T. Sparagis*