

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

<u>EASTERN DIVISION</u>

| | | |
|---|---|---|
| **Zafar Sheikh** | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | Case No. 1:24-cv-00658 |
| **Bashir Chaudry, Bushra Naseer, Junaid** | ) ) | |
| **Ahmad, Ali Chaudry, Rabia Chaudry,** | ) ) | Hon. Judge Martha Pacold |
| **Yakub Chaus dba Yakub Chaus & Co.,** | ) ) | |
| **Shamaila Rafiq, Amjad Chaudry** | ) ) | Magistrate Judge Sunil Harjani |

<u>**NOTICE OF FILING**</u>

Please be advised that the Plaintiff Zafar Sheikh has filed a Motion to serve Defendant Hasan Safiuddin via ordinary mail or via email on the 5th of July 2024 and a copy of which is being served electronically via court's electronic ecf system on all parties of record.

<u>*/ S / Zafar Sheikh*</u>
Zafar Sheikh / Plaintiff
4619 Herzog Street
Austin. TX. 78723.
Zafarsheikh313@aol.com
(847) 414 – 9670

4