UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Zafar Sheikh

                Plaintiff,

v.                                           Case No.: 1:24−cv−00658
                                             Honorable Martha M. Pacold

Bashir Chaudry, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 17, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion to permit plaintiff to serve defendant Hasan Safiuddin by alternative means, [89] is denied without prejudice. Rule 4(e)(1) permits an individual to be served by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made. This court is located in Illinois, and service on Hasan Safiuddin is to be made in the state of Illinois. Illinois law permits service on individuals in a manner similar to the methods permitted by Federal Rule of Civil Procedure 4(e). See Fed R. Civ. P. 4(e)(2) (permitting service by (A) delivering a copy of the summons and of the complaint to the individual personally, or (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there); 735 ILCS 5/2−203(a). Illinois law also permits personal service on an individual by alternative means if service is "impractical" by the ordinarily prescribed means. See 735 ILCS 5/2−203.1. But under Illinois law, any motion seeking leave to serve a complaint by alternative means must be accompanied by an affidavit. See id. Plaintiff has not filed an affidavit. Plaintiff's motion, [89], is therefore denied without prejudice to plaintiff refiling the motion after complying with Illinois law with respect to seeking authorization to serve the complaint by alternative means. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.