**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Zafar Sheikh
                Plaintiff,

v.                                     Case No.: 1:24−cv−00658
                                                   Honorable Martha M. Pacold

Bashir Chaudry, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 20, 2024:

    MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion to allow participation via telephone link, [106] is granted. The motion hearing set for 12/4/2024 is reset to a telephone hearing. Dial toll−free call−in number: 888−684−8852; followed by the conference access code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions deemed necessary by the court. The time and date of the hearing stand. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.