# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Zafar Sheikh

                Plaintiff,

v.                                         Case No.: 1:24–cv–00658

                                                          Honorable Martha M. Pacold

Bashir Chaudry, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

    MINUTE entry before the Honorable Martha M. Pacold: The court has received defendants' motions to dismiss [118], [120], [121]. Plaintiff's response is due by 2/7/2025. Defendants' reply, if any, is due by 2/21/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.