**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
<u>EASTERN DIVISION</u>**

| | |
|---|---|
| **Bashir Chaudry, Bushra Naseer, Junaid** ) | |
| ) | |
| **Ahmad, Ali Chaudry, Rabia Chaudry,** ) | **24 – CV - 00658** |
| ) | |
| **Shamaila Rafiq, Amjad Chaudry** ) | **Hon. Judge Martha Pacold** |
| ) | |
| **Syed Jahantab, South Chicago One Inc.** ) | **Magistrate Judge Harjani** |
| ) | |
| **BCA Investments Inc., Congress & Pulaski** ) | |
| ) | |
| **Real Estate LLC.,** ) | |

**<u>NOTICE OF FILING & PROOF OF SERVICE</u>**

**Dan Garbis
Anthony Zac
Konstantine Sparagis**

Please be advised that I filed an Application to enter Clerk's default on 2/25/25. Further this filing is being served on all named attorneys of record as they appear above thru the Court's ECF electronic system.

<u>*/ S / Zafar Sheikh*</u>
**Zafar Sheikh / Plaintiff
4619 Herzog Street,
Austin. TX. 78723.
<u>Zafarsheikh313@aol.com</u>
(847) 414-9670**