BC

FILED
4/23/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Zafar Sheikh** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 1:24-cv-00658** |
| | ) | |
| **Bashir Chaudry, Bushra Naseer, Junaid** | ) | |
| | ) | |
| **Ahmad, Ali Chaudry, Rabia Chaudry,** | ) | **Hon. Judge Martha Pacold** |
| | ) | |
| **Shamaila Rafiq, Amjad Chaudry** | ) | |
| | ) | |
| **Syed Jahantab, South Chicago One Inc.** | ) | **Magistrate Judge** |
| | ) | **Mclaughlin** |
| **BCA Investments Inc., Congress & Pulaski** | ) | |
| | ) | |
| **Real Estate LLC., Hasan Safiuddin** | ) | |

**MOTION TO COMPEL DEFENDANT NASEER TO APPEAR FOR DEPOSITION & PROVIDE REQUESTED DOCUMENTS**

**NOW COMES THE PLAINTIFF** Zafar Sheikh, and prays that this Court issue an order telling defendant Bushra Naseer to appear for her deposition and also provide documents requested from her. In support whereof the Plaintiff states as under:

1- Bushra Naseer (Naseer) is a defendant and is a party to this cause, against whom the Plaintiff has an outstanding judgement of $257,000, which was entered by the Law division of the Cook County in 2022. (Exhibit A).

2- Naseer has absconded and refuses to satisfy the judgement.

3- Naseer was properly served in this case but did not file appearance and was defaulted by the Court. (Exhibit B).

4- Plaintiff has sought documents from her earlier in January 2026, but failed to get any response from her.

5- Plaintiff on the side of caution this time served a Court Subpoena asking Naseer to provide documents requested by the Plaintiff as well as asking Naseer to appear for a deposition. (Exhibit C).

6- Defendant Naseer did not provide any documents, nor did she appear for deposition.

7- Plaintiff prays that instead of any sanctions, Court order that Naseer provide documents as requested by the Plaintiff and also make arrangement to appear, at a reasonable time and place of both parties convenience to be deposed under oath. Court should also advise her that a failure to abide by the Court's order could lead to sanctions.

*/ S / Zafar Sheikh*
Zafar Sheikh
4619 Herzog Street,
Austin. TX. 78723.
847-414-9670
Zafarsheikh313@aol.com

**NOTICE OF MOTION & PROOF OF SERVICE**

I, Zafar Sheikh, a Plaintiff in this case, do hereby certify under oath and under the penalty of perjury that I filed "Motion to compel Bushra Naseer to provide documents and appear for deposition" on 4/23/2026. A copy of said motion is being served upon: Anthony Zac and Dan Garbis on the same day thru the Court's electronic ECF system.

*/ S / Zafar Sheikh*

Zafar Sheikh
4619 Herzog Street,
Austin. TX. 78723.
847-414-9670
Zafarsheikh313@aol.com