**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Zafar Sheikh

Plaintiff,

v.

Case No.: 1:24−cv−00658
Honorable Martha M. Pacold

Bashir Chaudry, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: Plaintiff Zafir Sheikh's motion for sanctions relating to Defendant Shamaila Rafiq's Rule 30 deposition [265] is granted in part. The Court orders that Defendant Shamaila Rafiq sit for a second deposition. The second deposition is limited to three hours. The deposition must take place by 11/1/26. Plaintiff and defense counsel are directed to meet and confer about the second deposition, either in person or by video, by 10/7/26. The parties are directed to file a joint status report about the second deposition by no later than 12 p.m. on 10/9/26. The Court emphasizes that Defendant Shamaila Rafiq's second deposition is the only discovery that remains to be completed; discovery is closed and complete with this narrow, limited exception. The parties have confirmed that there will be no expert discovery [260]. See written Order. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.